Argued and submitted March 31, affirmed May 12, 1993

STATE OF OREGON,
*Respondent,*

*v.*

JEFFREY BRYANT DAVIS,
*Appellant.*

(C91-09-34611; CA A74262)

851 P2d 635

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Edmonds and De Muniz, Judges.

PER CURIAM

Affirmed. *State v. Munro*, 109 Or App 188, 818 P2d 971 (1991).